UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CECELIA SANDOVAL,              ) 1:03-CV-5495-SMS
                               )
            Plaintiff,         ) ORDER DENYING MOTION FOR
                               ) ATTORNEY'S FEES WITHOUT PREJUDICE
                               ) (DOC. 19 )
      v.                       )
                               )
JO ANNE B. BARNHART,           )
Commissioner of Social         )
Security,                      )
                               )
            Defendant.         )
                               )
_____)
```

Pending before the Court is the post-judgment motion of Plaintiff's counsel, Marc V. Kalagian, for an award of attorney's fees pursuant to 42 U.S.C. § 406(b).

On April 5, 2006, Plaintiff filed its motion, memorandum of points and authorities, and declaration of Marc V. Kalagian. The proof of service by mail indicates that it was served on Plaintiff by mail. The notation of electronic service indicated notice to Plaintiff's counsel at an e-mail address and that electronically filed documents must be served conventionally by the filer to Linda Anderson, United States Attorney's Office 1130 O Street, Room 3654, Fresno, CA 93721. No proof of service

1

1  on Defendant accompanies the motion.
2      Every written motion other than one which may be heard ex
3  parte shall be served upon each of the parties. Fed. R. Civ. P.
4  5(a). Service upon a party represented by an attorney is made on
5  the attorney in compliance with Rule 5 either by delivery or mail
6  delivery. Further, service may occur by consent, as by electronic
7  service in compliance with Local Rule 5-135.
8      Here, there is no proof of service by delivery or mail. The
9  Court notes that the attorney who served as counsel for Defendant
10 before the entry of judgment, Linda Anderson, is no longer
11 working for the United States Attorney's Office. Further,
12 Defendant's office has physically moved since judgment was
13 entered; the United States Attorney is presently located at 2500
14 Tulare Street, Suite 4401, Fresno, California 93721.
15     Further, it does not appear that electronic service has been
16 effectuated or arranged in this case. It appears that this case
17 was closed before registration for electronic service was
18 implemented. Absent registration and effective electronic
19 service, Plaintiff must effectuate service by other means.
20     Accordingly, Plaintiff's motion IS DENIED without prejudice
21 to refiling the motion and serving it on all parties.

23 IT IS SO ORDERED.
24 **Dated:   May 2, 2006**              **/s/ Sandra M. Snyder**
   icido3                                UNITED STATES MAGISTRATE JUDGE